**FILED**
CLERK, U.S. DISTRICT COURT

04/01/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YOUNG MIN YOON, <br><br> Defendant. | No. 8:24-cr-00039-DOC <br><br> I N F O R M A T I O N <br><br> [26 U.S.C. § 7206(1): Subscribing to a False Tax Return] |

The United States Attorney charges:

[26 U.S.C. § 7206(1)]

On or about April 13, 2018, in Orange County, within the Central District of California, and elsewhere, defendant YOUNG MIN YOON willfully made and subscribed to a materially false joint U.S. Individual Income Tax Return, Form 1040, for calendar year 2017, which was verified by a written declaration that it was made under the penalties of perjury, which was filed with the Internal Revenue Service, and which defendant YOON did not believe to be true and correct as to every material matter, in that on line 1 of Schedule C of his Form 1040, defendant YOON reported that the gross receipts for defendant YOON's

1 construction services business, for the calendar year 2017, were
2 $15,000, when, in fact, as defendant YOON then knew and
3 believed, his gross receipts for calendar year 2017 were
4 approximately $529,800.

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

FARAZ R. MOHAMMADI
Assistant United States Attorney
Santa Ana Branch Office